Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Minerva, Chambers
Mittie, Rollins

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☑ No

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

Red Hook
Local 30
Local 24

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | | |
|---|---|---|
| Name | Minerva, Chambers | Mittie, Rollins |
| Street Address | | 7200 Avenue P 1/2 #904 |
| City and County | Houston, Harris | Galveston, |
| State and Zip Code | | Texas, 77551 |
| Telephone Number | (713) 628-7039 | (346) 909-0615 |
| E-mail Address | Minervachambers1@yahoo.com | mitte2006@gmail.com |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name: Garza,

Job or Title *(if known)*: Forman

Street Address: 1401 TX-332, Freeport, Tx (E. 5th st.)

City and County: Freeport

State and Zip Code: 77541

Telephone Number: (979) 233-2386

E-mail Address *(if known)*:

Defendant No. 2

Name: Hogan

Job or Title *(if known)*: N/A

Street Address: 1341 Pine Street

City and County: Freeport

State and Zip Code: Texas, 77541

Telephone Number: (979) 233-2664

E-mail Address *(if known)*:

Defendant No. 3

Name: J. D.

Job or Title *(if known)*: N/A

Street Address: 1001 Navigation Blvd

City and County: Freeport

State and Zip Code: Texas, 77541

Telephone Number: (979) 233-2664

E-mail Address *(if known)*:

Defendant No. 4

Name: Local 24

Job or Title *(if known)*: Formans / BA

Street Address:

City and County: 7811 Harrisburg Blvd

State and Zip Code: Houston, TX 012

Telephone Number: (713) 923-2564

E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | | |
|---|---|---|
| Name | Local 30 | Local 24 |
| Street Address | 1601 Freeport, Tx | 7811 Harrisburg Blvd, |
| City and County | Freeport | Houston, Tx 77012 |
| State and Zip Code | Tx, 77541 | Tx 77012 |
| Telephone Number | (979) 233-2386 | (713) 923-2564 |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑  Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐  Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑  Other federal law *(specify the federal law)*:

The ILA's traditions, Constitution and federal Law

☐  Relevant state law *(specify, if known)*:

☐  Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

C.    I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race
- [ ] color
- [x] gender/sex
- [ ] religion
- [ ] national origin
- [x] age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*Miss. Chambers fiild with EEOC*

B.      The Equal Employment Opportunity Commission *(check one)*:

☑      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/14/18

Signature of Plaintiff *Mittie Rollins*

Printed Name of Plaintiff *Mittie, Rollins*

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Hogan keep denying me employment at the Shreveport Local for people newer than me with less hours and told me after picking all new people in front of Dexter, BJ and a few other people like Mrs. Pitts that he had to pick his regular people, its bad enough that the women already are sexually harrassed by Red Hook Hogan said that he wanted all women checkers + packers to wear tight, its attractive, and reveals the womans shape and not to mention they will + curse you out + make racust comment Hogan + JN + dictate the hiring list for checkers + packers

3/14/2018
Date

_Signature_

P.5 ①

Hogan said to me March 29, 2018 that he said to himself as he looked around at me & Minerva - they call (mini) Checking the Cars what are they doing that we cant do and he had Minerva to train Erica & Lisa to do our jobs-incase we couldnt make it he told us on the night of March 29, 2018 it stormed & poured on March the 30th before we got off we were told that a car was flooded, because a window was left down my questions were- did Red Hook do it to get rid of Hattie/Minerva since her & Hogan & J.D had words more than once because they cuss at you & want talk to you unprofessorially & make raciest comments, like DAN, fucking black ass, Your fucking stupid ass which for one is Verbal abuse and disrespectful and disturbing on it is acceptable and accepted by the drivers and the bocd want even defend you on how they talk to you or when they cuss you out which all of the time, My other questions were Can you pull video, It was said By Marcus a request for a investigator was issued, We've been denied a copy of the investigation & It was By Marlon It was said by Marcus during the following week that the investigation came back the day of the meeting between Red Hook & Local 30 that something Red Hook said something more important came up with lawyers from Red Hook mouths to local 30 mouths, On March 30,18 I worked as a driver and it was said to me by Hogan

that he would hire checkers for the next boat by the next boat So Amy was asked to check Cars + another lady because they asked Mrs. Pattie + she said no + they fired Mrs. Martha because she looked and sounded like an old grandma and while Amy was suppose to be checking the cars her + the other lady, I was parked before the other driver behind me who was Goldie, So I got out of the SUV and set my parking brake, set my lights to auto and turned the Car off and got out + Goldie had just parked you have so checkers + a parker by the Car that Goldie got out of not one person knew the Car was still running, I called Goldie back and I said Goldie let me show you something put your head into the car the light is green on the power button now push it and the car goes off instead of me talking and having them all yelled at I left it there and walked off because Hozen told me that he wanted to build him a team of white parkers + all ladies if he could, just like he said, what are the checkers doing that we cant do, we dont need checkers, So you fire Checkers + turned around a rehired checkers to do what you dont need a checker to do and on the night it rained they had five parkers to two checkers, which gives a checker 2 1/2 rows to check and the parkers tell the checkers after the first ten rows - they added 9 more in the adding some additional

③

Cars to each row told the checker to go ahead up front and start the next cars, which relieved the checker of her duties since their operating as a team and have relieved the checkers of their duty, which makes them then liable and responsible, So for me its about principle, because my question is was this planned did Red Hook premeditate all of this if so they why? Did Red Hook let a window down on the car, Was it the parkers who parked the cars + park the cars + dont check the cars Merva might want her job back which she should have were suffering from financial hardship my asking for the car that I purchased and making payments on to be paid off 8,000 - my student loans - Navient 18,000.00 paid off - My rent paid up to Dec 3, 2018 6,000 and a ~~territory~~ one hundred sixty-eight thousand 168000.00 Based on the Constitution and Rules of Order of the National Longshoremans Association and the fact that the hours and other requirements havent been updated because all locals are saying different hours to qualify for seniority some say 150 Others say 250 others 500 it makes no since But they all understand that you need you to requalify yearly but none are on the same accord you can call 20 it'll be 250 to get from behind the fence, 30 will say 500 and another local will say 150, its confusing and I'm a member of 30 and being denied employment with bills a 44 mile drive plus gas - (one way 44)

Pg. 2 63 - pg. 3 3-4 II Articles XII XIII, Pg. 4 5   V. 3, Pg. 8

These are not complaints these are charges and for each company I'm asking for me and Miss Chambers from each entity 168000.00 a piece and for Red Hook to pay off all of our debits including personal loans. and if their willing to settle out of court this is the asking if not then we ask for our amount to triple with lie detector test for court purposes

April 01, 2018

Because I found a window down and asked Jessica who got out of the car, she didn't know, but she claims we meaning she + I found the window down together + Marcus claimed that Hogan + JD have a statement from Jessica that I left a window down so what did Miss Chambers do I think this has been swept under the bus story. with us and I dont believe Jessica know about the letter, just like Mr. Alfred Shannon was denied a work card March 8, 2018 by Marlon & Mrs. Patty, Goldie & M. Charlie and five other people were trying to make sense out of why he wouldn't get the man a work number or card I gave both to people the same day it took him until the end of March - Early April to get a number from Marlon - based on that he should be awarded 10,000.00

5

and why loose to checkers instead of one and why all of the lies, name calling, etc.. And why do the parkers get drug tested + back to work and if they hit a Vechile but you fire the checkers whats the motive or the agenda. Whatever it is its caused us Economic hardship. And for each person from each entity who documented or signed anything against Mitter or Minerva ~~terms~~ terminated and removed from their job office and title without pay, during or after the hearing or investigation.

⑥